AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-04300-AT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Disinfectant Solutions of Atlanta, LLC

was received by me on *(date)* 08/04/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Disenfectant Solutions of Atlanta, LLC was served on August 11, 2025 at 3:38 PM by serving Kevin Siqueir, Sales Manager, Managing Agent in charge of the premises, at his business located at 2470 Windy Hill Road, SE, Suite 244, Marietta, GA 30067.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/12/2025

*Server's signature*

Christine O'Leary   Process Server
*Printed name and title*

Legal Ease Attorney Services, Inc.
645 Waldo Street, SE
Atlanta, GA 30312
*Server's address*

Additional information regarding attempted service, etc: